**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 14, 2009**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

In re: LARRY L. VINSON,

        Petitioner.

No. 09-1074
(D.C. No. 1:07-CV-00584-BNB-MJW)
(D. Colo.)

---

**ORDER**

---

Before **TACHA**, **EBEL**, and **GORSUCH**, Circuit Judges.

---

Larry L. Vinson filed a petition for a writ of mandamus asking for an order directing the district court to take action on his pending petition under 28 U.S.C. § 2254, in civil action No. 07-CV-00584-BNB-MJW. On March 19, 2009, we invited the district court to respond to the mandamus petition and also on March 19, the district court entered an order denying Mr. Vinson's habeas application. Mr. Vinson has now received the relief he sought in his mandamus petition, and the petition is therefore moot.

The petition for writ of mandamus is DISMISSED as moot.

        Entered for the Court,

        *Elisabeth A. Shumaker*

        ELISABETH A. SHUMAKER, Clerk